O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4746 AHM (JCx) | Date | October 20, 2010 |
|---|---|---|---|
| Title | RICHARD BAUER, et al. v. CAPITAL MANAGEMENT SERVICES, L.P. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| S. Eagle | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:      Attorneys **NOT** Present for Defendants:

**Proceedings:**      IN CHAMBERS (No Proceedings Held)

On October 19, 2010, the Court granted partial summary judgment to defendant Capital Management Services. In accordance with its July 8, 2010 order, the Court now enters new pretrial and trial dates as follows: (1) Pretrial Conference to be held on November 29, 2010; (2) Trial to commence on December 13, 2010. The parties are ordered to comply with all relevant Local Rules and the Court's own pretrial requirements.

By not later than November 26, 2010, the parties shall file proof of compliance with Local Rule 16-15.

                                                                                                    :
                                              Initials of Preparer     se