O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4746 AHM (JCx) | Date | November 18, 2010 |
|---|---|---|---|
| Title | RICHARD BAUER, et al. v. CAPITAL MANAGEMENT SERVICES, L.P. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:** IN CHAMBERS (No Proceedings Held)

On the Court's own motion, the Court continues the three-day jury trial from December 13, 2010 to **Tuesday**, December 14, 2010 at 8:00 a.m.

| | : | |
|---|---|---|
| | Initials of Preparer | SMO |