UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICHARD BAUER AND MICHAEL BAUER,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL MANAGEMENT SERVICES, L.P.,<br><br>Defendant. | CASE NO. 2:09-cv-04746 AHM (JCx)<br><br>**ORDER GRANTING JOINT REQUEST FOR DISMISSAL WITH PREJUDICE** |

The dispute between the parties has been settled, good cause existing, the Court hereby dismisses the above referenced matter with prejudice.

**IT IS SO ORDERED.**

Dated: November 22, 2010     By: _____
United States District Court Judge
A. HOWARD MATZ

**JS-6**